UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISMAEL BARRON, ) | |
| ) | |
| Petitioner, ) | CASE NO.   C05-363RSM |
| ) | (CR90-323RSM) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | ORDER DENYING PETITIONER'S |
| ) | PETITION FOR WRIT OF ERROR |
| Respondent. ) | *AUDITA QUERLA* |
| _____) | |

The Court, having reviewed petitioner's petition for writ of error *audita querla*, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's petition for writ of error *audita querla* (Dkt. No. 1) is DENIED and this action is DISMISSED without prejudice.

(3)   The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, and to Judge Benton.

DATED this __10_ day of January 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S
PETITION FOR WRIT OF ERROR
*AUDITA QUERLA* - 1